Christopher HARRIS, Plaintiff
Below, Appellee.

No. 677, 2015

Supreme Court of Delaware.

Submitted: January 5, 2016

Decided: January 22, 2016

REFUSED.

■

IN RE: SHAWE & ELTING LLC

Philip R. Shawe, derivatively on behalf
of Transperfect Global, Inc., and in
his individual capacity, Plaintiff Be-
low–Appellant,

v.

Elizabeth Elting, Defendant
Below–Appellee,

and

Transperfect Global, Inc.,
Nominal Party.

In re: Transperfect Global, Inc.

Philip R. Shawe, Respondent
Below–Appellant,

and

Transperfect Global, Inc.,
Nominal Party,

v.

Elizabeth Elting, Petitioner
Below–Appellee.

No. 646, 2015

Supreme Court of Delaware.

Submitted: December 10, 2015
Decided: January 22, 2016

REFUSED.

■

Gary O. MARINO, Plaintiff,

v.

PATRIOT RAIL COMPANY
LLC, Defendant.

C.A. No. 11605-VCL

Court of Chancery of Delaware.

Submitted: December 9, 2015
Decided: February 29, 2016

